UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILBUR COPE,

       Plaintiff,

  v.

USHA PAI, et al.,

       Defendants.

No.  2:13-cv-0930 KJN P

ORDER

       Plaintiff consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c).  By order filed June 24, 2013, plaintiff's amended complaint was dismissed and thirty days leave to file an amended complaint was granted.  Plaintiff was cautioned that failure to file an amended complaint may result in the dismissal of this action.  (ECF No. 9 at 6.)  On September 39, 2013, plaintiff was granted an additional thirty days in which to file an amended complaint or a notice of voluntary dismissal.  Thirty days from that date have now passed, and plaintiff has not filed an amended complaint, or otherwise responded to the court's order.

       Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

Dated:  October 21, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/cope0930.fta

1